UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JABEZ PROPERTIES, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>CORINTHIAN COLLEGES, INC.,<br><br>         Defendants. | NO. C07-CV-05367-RBL<br><br>**STIPULATION AND ORDER OF DISMISSAL TO ALL PARTIES AND TO ALL CLAIMS** |

## **STIPULATION**

The plaintiff, Jabez Properties, LLC, by and through its attorney of record, Steven W. Davies of Comfort, Davies & Smith, P.S., and defendant, Corinthian Colleges, Inc., by and through its attorney of record, Gregory D. Shelton of Williams, Kastner & Gibbs PLLC, having settled their differences, hereby enter into a stipulation to dismiss the outstanding lawsuit and all claims between the parties with prejudice, and without attorney's fees or costs to either party.

DATED this ____ day of October, 2008.

              COMFORT, DAVIES & SMITH, P.S.


              By:_____
                 STEVEN W. DAVIES, WSBA #11566
              Of Attorneys for Plaintiff

**STIPULATION AND ORDER OF DISMISSAL - 1**
**[swd\07274\Stip & Order of Dismissal]**

*COMFORT, DAVIES & SMITH, P.S.*
1901 65th Avenue West, Suite 200
Fircrest, Washington 98466-6225
(253) 565-3400 • Fax (253) 564-5356
E-mail - Attorneys@cdsps.com

WILLIAMS, KASTNER & GIBBS PLLC

By: _____
    GREGORY D. SHELTON, WSBA# 36530
    Of Attorney for Defendant

## ORDER

Based upon the foregoing stipulation, it is hereby

ORDERED, ADJUDGED and DECREED that the outstanding lawsuit and claims between the parties be dismissed this day with prejudice and without attorney's fees or costs to either party.

DATED this 18th day of November, 2008.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

Presented By:

COMFORT, DAVIES & SMITH, P.S.

By:_____
    STEVEN W. DAVIES, WSBA# 11566
Of Attorneys for Plaintiff

**STIPULATION AND ORDER OF DISMISSAL - 2**
**[swd\07274\Stip & Order of Dismissal]**

Approved as to form and
notice of presentment waived:

WILLIAMS, KASTNER & GIBBS PLLC


By: _____
   GREGORY D. SHELTON, WSBA# 36530
Of Attorney for Defendant

**STIPULATION AND ORDER OF DISMISSAL - 3**
**[swd\07274\Stip & Order of Dismissal]**

*COMFORT, DAVIES & SMITH, P.S.*
1901 65th Avenue West, Suite 200
Fircrest, Washington 98466-6225
(253) 565-3400 • Fax (253) 564-5356
E-mail - Attorneys@cdsps.com